IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

BARBARA MOHON,

        Plaintiff,

v.                                        No. 1:22-cv-00108 DHU-LF

JOHN C. SPILLER II,
MICHAEL THERON SMITH JR.,
SCOTT PERRY SHAPIRO, and
JAKOB ALEXANDER MEARS a/k/a
JACOB A. MEARS,

        Defendants.

## **DEFAULT JUDGMENT**

The Court entered its Memorandum Opinion and Order (Doc. 26), filed on 10/04/23, granting Plaintiff's motion for default judgment against Defendants John Caldwell Spiller II, Jakob Alexander Mears a/k/a Jacob A. Mears and Scott Perry Shapiro. For the reasons stated in the Memorandum Opinion and Order,

**IT IS ORDERED** that judgment is hereby entered in favor of Plaintiff Barbara Mohon against Defendants John Caldwell Spiller II, Jakob Alexander Mears a/k/a Jacob A. Mears and Scott Perry Shapiro, jointly and severally, in the amount of **$570,000** which shall earn and bear post-judgment interest until paid in accordance with 28 U.S.C. § 1961(a). This is a final judgment as to Defendants John Caldwell Spiller II, Jakob Alexander Mears a/k/a Jacob A. Mears and Scott

Perry Shapiro because it disposes of all remaining claims and issues before the Court related to these Defendants. This judgment does not apply to Defendant Michael T. Smith Jr.[1]

_____
DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE

---

[1] As for Defendant Smith, all of Plaintiff's claims against Smith have been stayed until Chapter 11 bankruptcy proceedings against him pending in the United States Bankruptcy Court for the Southern District of Florida have been resolved. See Doc. 25.

2